Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Thomas Monaghan
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, ID 83702
Telephone:   (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
SIMONA RUS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR13-121-S-EJL |
| ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| ) | AND ASSIGNMENT OF |
| vs. ) | COUNSEL |
| ) | |
| SIMONA RUS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
        WENDY J. OLSON, UNITED STATES ATTORNEY
        JUSTIN WHATCOTT, ASSISTANT UNITED STATES ATTORNEY

   PLEASE TAKE NOTICE that Thomas Monaghan of the Federal Defender Services

of Idaho, is hereby assigned this matter and therefore makes an appearance in the above

action on behalf of the defendant, SIMONA RUS, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Respectfully submitted this 25th day of June, 2013.

        SAMUEL RICHARD RUBIN
        FEDERAL PUBLIC DEFENDER
        By:


        /s/Thomas Monaghan
        Thomas Monaghan
        Federal Defender Services of Idaho
        Attorneys for Defendant
        SIMONA RUS

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document Notice of Appearance and Assignment of Counsel was served on all parties named below on this 25th day of June, 2013.

| | |
|---|---|
| Justin Whatcott, Assistant US Attorney<br>Office of the United States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd, Suite 600<br>Boise, ID 83712<br>justin.whatcott@usdoj.gov | _____ United States Mail<br>_____ Hand Delivery<br>_____ Facsimile Transmission<br>\_\_X\_\_ CM/ECF Filing<br>_____ Email Transmission |

Dated:  June 25, 2013            /s/_____
                                 Nancy Hernandez